1997.  EMPIRE INVESTMENT COMPANY *v.* SULLIVAN.

POWELL, J.  The only question in the case having been certified to the Supreme Court for instruction, and the decision of that court being adverse to the contentions of the plaintiff in error, the judgment is
*Affirmed.*

Certiorari, from Chatham superior court—Judge Charlton. May 5, 1909.

Argued July 20,—Decided November 9, 1909.

*G. B. Whatley,* for plaintiff.